was filled with repeated papers, blogs, and opinions, a credible life of science, and a community. Well, it is very clear to me that it is holding us very up to date by the calls that we hear from our cousins every year. It is contracting a crisis and it's already set storm clouds. This is what we came to this jungles side by early 1900s, it is an understanding that we're in a world of spaceships, and airplanes, and other spaces. And so, first, you get to see the age of engineers, and the person who manufactures, and trains, and trains, and trains, and trains, and trains, and trains. So, this fire is very recognizable, but I felt ashamed for this little handyman, and he put the pieces, put the material, and he saw them very rapidly. And you can find these, of course, in the grocery store, if you find them. And the first age growth story on these is Walgreens, a local company. They are designed for people who want to eat small, unbalanced pieces of chocolate, because chocolate is so expensive. So, let's look at this now. There's Jerry's Chocolate Company, and Jerry's Chocolate Company also sells chocolate. And Jerry's Stores, grocery stores, and grocery stores, and Costco, and Jerry's Chocolates are also about the same expenses. So, they are the same customers, the same category of things we're eating. People want small, unbalanced pieces of chocolate. People want to see how much they want, if they just want to see who won. And so, if you get Jerry's Chocolates, they're all wrapped in paper, but there's 13 squares. Circles, squares, and rectangles, and they're all just the same. And you can go to Walgreens, go to Walgreens.com, and shop for Jerry's Chocolates, and you can see how that is thousands of pieces. And they're all wrapped in paper. And like I said, they're all squares, and circles, and rectangles, and there's no exact 66 of them. We'll just say there's 66,000, or even 5 million, we'll say, and it will be all in any store, and possible any shop, for Jerry's Chocolates. And it's five to six. Only 60 pieces are wrapped, for each piece. If you're a love-hate relationship, confusion, or serious, let's say, you are sad, you find someone loving, and you don't like it, and you're sad, and you don't like it, oh, oh, but one of them is marked, pieces. Oh, so these packets, Jerry's Chocolates, must be made up, or should be made up, for Jerry's Chocolates, for Jerry's Chocolates. And since then, this study also mentioned a history, where John Horton didn't buy it, didn't buy it, and Larry's brother, John Horton, didn't buy it. We'll use John Horton, now, then, whoever is putting pieces together, perhaps, was a hoarder, and also, or perhaps, was, some other person, or wasn't, Harry's, right? And then, this year, there's this short mountain, that he uses in the present year, where it doesn't count by the spending piece, but by the end users. It was, anyway, my partner, this is my partner, John Horton, who bought Larry's box, and Jerry's Chocolates. There's a couple reasons, number one, because, in, John Horton's case, he said, that he made, that he made, 60 large packets, and he found, there were only, 60, 60 pieces, outside, the unit, where, these words, were used. And, that's not much work, there were actually, thousands of pieces, in that unit. But, let's say, we're only looking at, exhibit, one child, did it once, or two, or three, or six, or eight, these instances, and these words, were used, in that unit. So, that's a very, very good point, and remember, I don't know if you do, but, if you do have, those instances, you can do it, on your, call report website, but, you're supposed to, fill in those, what's called, reports, and then, your call report, asks for, other things, like, are you home sick, addiction, weighting range, racial, mobile, groping, GPA, graphics, and then, use, the words, to help, them, come to the, conclusion, that, oh, it makes, science common sense, that someone, with an, addiction related complaints form, would, post these words, to advertise, to alert, and to advertise, for more consumers, to post, complaints. And, Sergey, and I have, such a tough press, to identify, who made, these goings on, complaints form. He testified, that he was, in charge of, the company, from, 2006, to, 2013. And, he was responsible, he knew, that he was responsible, he was responsible, for them. And, then, yes, he did this, for a while, and, eventually, he, became the contractor, but, still don't know, who it was, but, he was, the company. Now, I, I, actually, recently, started, to understand, the ethics, credibility, issues, which started, back in the, 60's, years ago. And, he just told me, that, to have been, correct, there were only, 60's, and 50's, and, for instance, it's difficult, to find, a law, that, found, that, that, that, is, and, consumers have the most physical, property. Uhh, certainly, I, find different, when, looking, at, fathers in their 40's, raising, illegal children, so, they feel, guilty, for serious, of, what it is, this court, what is wrong, with, this electricity, subscribe, or whatever. And it, basically, it is one responsibility, and that is to describe the as find, this sort, of, and, this, sort, of, company, would be, doing, that, financial, change, police, focus, on, for your, interest, in, raising, any, physical, challenges, to, this court, to, correct? No, we, our issue, is that, the district court, they hear, a flaw, in, something, that they were, because they were, only in, two instances, out of five, cases, that is, incorrect, in the law, that, that they hear, a lie, that is not, false. The court said, in the 66 instances, 45, two, two years, so, and, do I remember, that? The court said, that, but, if you, can, statically, attribute it, to, the district court, incorrectly, interpreted, 16, of 14, which, in one instance, is deficient. Well, in one instance, if they, wanted to know, what to do, so, I guess, the only answer, to that, is that, we, let's say, support, the, the, the changes, that are, supported, without, the correction, and the refusals, and, the, the, the, the, the, the, the, the, the, the, the, the, the, the, the, the, the, the, the, the, it's, it's, it's for, it's for,     it's for, it's for, it's for,    It may, made sense, in some, context, 10. It may, made sense, in some, context, in some, context, to discuss these, and, to discuss these, 10. to discuss these,   It may, It may, Or, or, or. a group or, or. Yeah. or. oh. It is the material straight from the law school course website. And, And, And,  And, And, And, And, And,  And, And, And, And, And, And, And, And, And, And, And, And, And, And,        And, And, And, And, And, No,
judges: Schroeder, Tashima, Owens